IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 1:24-CV-00361-MJT |
| v. | § § § | |
| JASON COX, SKYLAR DAY, and FAITH DAY, | § § § § | |
| *Defendants*. | § | |

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE [DKT. 21]**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the District Court referred [Dkt. 18] Plaintiff Allstate Vehicle and Property Insurance Company's Motion for Entry of Default Judgment [Dkt. 17] to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration and disposition. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.  On March 27, 2025, Judge Stetson issued a Report and Recommendation [Dkt. 21] advising the Court to deny Plaintiff's Motion for Entry of Default Judgment [Dkt. 17] and set aside the Clerk's Entry of Default [Dkt. 9].  To date, the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings, and all available evidence.  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge [Dkt. 21] is ADOPTED.  Plaintiff Allstate Vehicle and Property Insurance Company's Motion for Entry

of Default Judgment [Dkt. 17] is DENIED.  The Clerk of Court is directed to SET ASIDE the Entry of Default [Dkt. 9].

**SIGNED this 15th day of April, 2025.**

_____
Michael J. Truncale
United States District Judge